423 A.2d 1318

Commonwealth v. Roberson, Appellant.

610

Submitted March 23, 1979. Edward F. Kane, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order affirmed.